# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Judge Andrew S. Hanen
United States Courthouse
600 E. Harrison St., #301
Brownsville, Texas 78520

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account #2 - Account Closed (See Notes 1 and 2) | A | Dividend | | | | | | | |
| 2. -Merrill Lynch Money Mkt. Reserves | | | | | Sold | 07/12/13 | J | A | |
| 3. -Apple | | | | | Sold | 07/12/13 | J | A | |
| 4. -Consumer Dis. | | | | | Sold | 07/12/13 | J | A | |
| 5. -Spdr Cons. STPL | | | | | Sold | 07/12/13 | J | A | |
| 6. -Spdr Energy | | | | | Sold | 07/12/13 | J | A | |
| 7. -Spdr Indus. | | | | | Sold | 07/12/13 | J | A | |
| 8. -Spdr Gold | | | | | Sold | 07/12/13 | J | A | |
| 9. -Vanguard Info | | | | | Sold | 07/12/13 | J | A | |
| 10. IRA Account #3 | B | Dividend | M | T | | | | | |
| 11. -Merrill Lynch Money Mkt. Reserves | | | | | | | | | |
| 12. -Alexion Phar | | | | | Sold | 02/05/13 | J | A | |
| 13. -Apple | | | | | | | | | |
| 14. -Nu Skin | | | | | Sold | 06/03/13 | J | A | |
| 15. -Sourcefire | | | | | Sold | 02/13/13 | J | A | |
| 16. -CYS Investments | | | | | Sold | 06/03/13 | J | A | |
| 17. -Fresh Mkt | | | | | Sold | 06/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CF Inds | | | | | Sold | 02/05/13 | J | A | |
| 19. -Express Scripts | | | | | Sold | 05/17/13 | J | A | |
| 20. -Linkedin | | | | | Sold | 02/13/13 | J | B | |
| 21. -Rackspace | | | | | Sold | 09/18/13 | J | A | |
| 22. -Ivy High Income | | | | | Sold | 02/01/13 | J | A | |
| 23. -Spdr Gold | | | | | Sold | 09/18/13 | J | A | |
| 24. -Arm Holdings | | | | | Buy | 05/06/13 | J | | |
| 25. -Arm Holdings | | | | | Sold | 09/18/13 | J | A | |
| 26. -I Shares Biotech | | | | | Buy | 05/17/13 | J | | |
| 27. -I Shares Biotech | | | | | Buy | 06/05/13 | J | | |
| 28. -I Shares Biotech | | | | | Buy | 09/19/13 | J | | |
| 29. -I Shares Biotech | | | | | Buy | 10/08/13 | J | | |
| 30. -Vanguard Consumer STPL | | | | | Buy | 05/17/13 | J | | |
| 31. -Vanguard Consumer STPL | | | | | Buy | 06/05/13 | J | | |
| 32. -Vanguard Consumer STPL | | | | | Buy | 09/19/13 | J | | |
| 33. -Vanguard Consumer STPL | | | | | Buy | 10/08/13 | J | | |
| 34. -Vanguard Materials | | | | | Buy | 05/17/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Materials | | | | | Buy | 06/05/13 | J | | |
| 36. -Vanguard Materials | | | | | Buy | 09/19/13 | J | | |
| 37. -Vanguard Materials | | | | | Buy | 10/08/13 | J | | |
| 38. -Vanguard Energy | | | | | Buy | 05/17/13 | J | | |
| 39. -Vanguard Energy | | | | | Buy | 06/05/13 | J | | |
| 40. -Vanguard Energy | | | | | Buy | 09/19/13 | J | | |
| 41. -Vanguard Energy | | | | | Buy | 10/14/13 | J | | |
| 42. -Vanguard Consumer Dis. | | | | | Buy | 05/17/13 | J | | |
| 43. -Vanguard Consumer Dis. | | | | | Buy | 06/05/13 | J | | |
| 44. -Vanguard Consumer Dis. | | | | | Buy | 09/19/13 | J | | |
| 45. -Vanguard Consumer Dis. | | | | | Buy | 10/08/13 | J | | |
| 46. -Celgene | | | | | Buy | 02/06/13 | J | | |
| 47. -Celgene | | | | | Sold | 06/10/13 | J | A | |
| 48. -OCWEN FINL | | | | | Buy | 02/06/13 | J | | |
| 49. -OCWEN FINL | | | | | Sold (part) | 08/26/13 | J | A | |
| 50. -OCWEN FINL | | | | | Sold | 09/18/13 | J | B | |
| 51. -Priceline | | | | | Buy | 03/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Priceline | | | | | Sold | 10/08/13 | J | B | |
| 53. -Tenet Healthcare | | | | | Buy | 03/13/13 | J | | |
| 54. -Tenet Healthcare | | | | | Sold | 08/26/13 | J | A | |
| 55. -Google | | | | | Buy | 02/13/13 | J | | |
| 56. -Google | | | | | Sold | 03/19/13 | J | A | |
| 57. -Visa | | | | | Buy | 04/01/13 | J | | |
| 58. -Visa | | | | | Sold | 05/17/13 | J | A | |
| 59. -Gilead | | | | | Buy | 04/02/13 | J | | |
| 60. -Gilead | | | | | Sold | 06/10/13 | J | A | |
| 61. -Eastman Chemical | | | | | Buy | 02/13/13 | J | | |
| 62. -Eastman Chemical | | | | | Sold | 05/17/13 | J | A | |
| 63. -Holly Frontier | | | | | Buy | 02/13/13 | J | | |
| 64. -Holly Frontier | | | | | Sold | 08/26/13 | J | A | |
| 65. -Vanguard Ind | | | | | Buy | 05/17/13 | J | | |
| 66. -Vanguard Ind | | | | | Buy | 06/05/13 | J | | |
| 67. -Vanguard Ind | | | | | Buy | 09/19/13 | J | | |
| 68. -Vanguard Ind | | | | | Buy | 10/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Health Care Select | | | | | Buy | 05/17/13 | J | | |
| 70.  -Health Care Select | | | | | Buy | 06/05/13 | J | | |
| 71.  -Health Care Select | | | | | Buy | 09/19/13 | J | | |
| 72.  -Health Care Select | | | | | Buy | 10/08/13 | J | | |
| 73.  -Spdr Financial | | | | | Buy | 05/17/13 | J | | |
| 74.  -Spdr Financial | | | | | Buy | 06/05/13 | J | | |
| 75.  -Spdr Financial | | | | | Buy | 09/19/13 | J | | |
| 76.  -Spdr Financial | | | | | Buy | 10/08/13 | J | | |
| 77.  -Spdr Financial | | | | | | | | | |
| 78.  -Trip Advisor | | | | | Buy | 02/13/13 | J | | |
| 79.  -Trip Advisor | | | | | Sold | 06/03/13 | J | B | |
| 80.  -Vanguard Info | | | | | Buy | 05/17/13 | J | | |
| 81.  -Vanguard Info | | | | | Buy | 06/05/13 | J | | |
| 82.  -Vanguard Info | | | | | Buy | 09/19/13 | J | | |
| 83.  -Vanguard Info | | | | | Buy | 10/08/13 | J | | |
| 84.  Retirement Account #1 | D | Int./Div. | N | T | | | | | |
| 85.  -Fidelity Short Term Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Marshall Bond Fund | | | | | | | | | |
| 87. -Dartmouth College Bonds | | | | | | | | | |
| 88. -Fidelity Cash Reserves | | | | | | | | | |
| 89. -Allstate Life Bonds | | | | | Redeemed | 04/30/13 | K | A | |
| 90. -Barclays Bank Bonds | | | | | | | | | |
| 91. -Microsoft Bonds | | | | | | | | | |
| 92. -Walmart Bonds | | | | | | | | | |
| 93. -Pimco Investment Grade Bonds | | | | | Sold | 06/24/13 | K | B | |
| 94. -Goldman Sachs Bonds | | | | | Buy | 06/26/13 | K | | |
| 95. -George Washington Uni. Bonds | | | | | Buy | 07/23/13 | K | | |
| 96. Brokerage Account #1 | | | | | | | | | |
| 97. -Pearland ISD Municipal Bonds | B | Interest | | | Redeemed | 03/01/13 | L | A | |
| 98. -Katy Tex. ISD Municipal Bonds | B | Interest | | | Redeemed | 02/15/13 | L | A | |
| 99. -Port Neches Grove ISD Municipal Bonds | B | Interest | M | T | | | | | |
| 100. -Brownsville Tx Uty Systm. Municipal Bonds | C | Interest | M | T | | | | | |
| 101. -Hutto Tex. ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 102. -Burleson Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -MS Tax Free Income Trust | A | Dividend | N | T | | | | | |
| 104.  Brokerage Account #2 | | | | | | | | | |
| 105.  -Brownsville Tex Municipal Bonds | B | Interest | | | Redeemed | 03/28/13 | L | A | |
| 106.  -Lower Col. Riv. Auth. Municipal Bonds | A | Interest | J | T | | | | | |
| 107.  -Harris County Municipal Bonds | D | Interest | L | T | | | | | |
| 108.  -Sharyland ISD Municipal Bonds | B | Interest | | | Redeemed | 02/15/13 | L | A | |
| 109.  -Lancaster ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 110.  -N. Tex. Twy. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 111.  -Houston Tex. Higher Ed Municipal Bonds | B | Interest | K | T | | | | | |
| 112.  -BIF Tax Excempt | A | Dividend | L | T | | | | | |
| 113.  -Waco Tex Municipal Bonds | A | Interest | K | T | Buy | 02/20/13 | L | | |
| 114.  Compass Bank | A | Interest | L | T | | | | | |
| 115.  Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 116.  Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 117.  Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 118.  Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 119.  Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Northwestern Mutual EOL Life Ins #840 | C | Dividend | K | T | | | | | |
| 121. IRA Account #4 | D | Int./Div. | N | T | | | | | |
| 122. -Treasury Strips | | | | | | | | | |
| 123. -Capstar Bank CD | | | | | Redeemed | 07/01/13 | J | A | |
| 124. -Capital Income | | | | | Buy | 01/15/13 | J | | |
| 125. -Capital Income | | | | | Buy | 02/15/13 | J | | |
| 126. -Capital Income | | | | | Buy | 03/15/13 | J | | |
| 127. -Capital Income | | | | | Buy | 04/15/13 | J | | |
| 128. -Capital Income | | | | | Buy | 05/15/13 | J | | |
| 129. -Capital Income | | | | | Buy | 06/17/13 | J | | |
| 130. -Capital Income | | | | | Buy | 07/15/13 | J | | |
| 131. -Capital Income | | | | | Buy | 07/31/13 | J | | |
| 132. -American FDS | | | | | Buy | 06/25/13 | M | | |
| 133. -American FDS | | | | | Buy | 07/31/13 | J | | |
| 134. -Apple | | | | | Buy | 07/12/13 | J | | |
| 135. -Spdr Indus. | | | | | Buy | 07/12/13 | J | | |
| 136. -Spdr Cons. STPL | | | | | Buy | 07/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Spdr Energy | | | | | Buy | 07/12/13 | J | | |
| 138. -Consumer Dis. | | | | | Buy | 07/12/13 | J | | |
| 139. -Spdr Gold | | | | | Buy | 07/12/13 | J | | |
| 140. -Vanguard Info | | | | | Buy | 07/12/13 | J | | |
| 141. Brokerage Account #3 | | | | | | | | | |
| 142. -MS FT | A | Dividend | J | T | | | | | |
| 143. -WF Money Mkt | A | Interest | J | T | | | | | |
| 144. -Cisco | A | Dividend | J | T | Buy | 08/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - IRA Account #1 was closed last year and its assets were transferred to IRA Account #4. It no longer exists. Those transactions were shown on the 2012 Report.

Note 2 - IRA Account #2 was closed in 2013 and its assets were transferred to IRA Account #4. Since there is no category on these forms for a transfer, per the instructions I was given, these transactions are shown as sales in IRA Account #2 and purchases in IRA Account #4. Column C of Line 1, was left blank pursuant to the instruction that "If asset is entirely sold before the end of the reporting period Column C should be left blank."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544